No. 11–11025.  HUNTER v. OWENS.  C. A. 5th Cir.  Certiorari denied.

No. 11–11026.  GARZA v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 11–11028.  GUZMAN v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–11030.  GARZA v. KANSAS.  C. A. 10th Cir.  Certiorari denied.

No. 11–11031.  GONZALEZ-PEREZ v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 11–11032.  GATTI v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–11033.  HANSON v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 11–11034.  HUNTER v. LOUISIANA.  Ct. App. La., 2d Cir.  Certiorari denied.

No. 11–11035.  GARCIA v. NEW YORK.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 11–11036.  ENNIS, AKA JONES v. KIRKPATRICK, SUPERINTENDENT, WENDE CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 11–11037.  CARDENAS v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 11–11038.  DAVIS v. McDUFFIE.  C. A. 5th Cir.  Certiorari denied.

No. 11–11039.  JONES v. CALIFORNIA ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–11040.  GREENOUGH v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–11041.  VALENCIA v. HEDGPETH, WARDEN.  C. A. 9th Cir.  Certiorari denied.